**05-15-00037-CR**

ACCEPTED
05-15-00037-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/13/2015 9:23:04 AM
LISA MATZ
CLERK

F09-55995-H

| JOHN KENNETH WEEKLEY | § | IN THE CRIMINAL DISTRICT COURT |
| V. | § | NUMBER 1, DALLAS |
| THE STATE OF TEXAS | § | COUNTY TEXAS |

2014 DEC 30 PM 3: 09

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/13/2015 9:23:04 AM
LISA MATZ
Clerk

## DEFENDANTS NOTICE OF APPEAL

TO THE CRIMINAL DISTRICT COURT NO. 1, DALLAS COUNTY TEXAS

JOHN KENNETH WEEKLEY, Defendant pro se in the above styled and numbered case hereby gives notion of appeal of the Trial Courts decision of November 18, 2014 denying his Motion for DNA Testing pursuant to TEX. CODE CRIM. PROC. art. 64 TEX. R. APP. P. 25.2 (a)(2)

## PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant prays this Court grant him permission to appeal pursuant to TEX. CODE CRIM. PROC. art. 64.05

Respectfully Submitted,

John Kenneth Weekley, Defendant pro se
C.T. Terrell Unit, 1890115
1300 FM 655
Rosharon, Tx. 77583

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendants Notice of Appeal was sent to the below by U.S. Mail, first class, postage pre paid on this the 18th. day of December 2014

District Attorneys Office
Frank Crowley Courts Bldg.
133 N. Riverside Blvd., LB 19
Dallas, Tx. 75207-4399

John Kenneth Weekley

-1-

John Kenneth Weekley
C.T. Terrell Unit TDC# 1890015
1300 FM 655
Rosharon, Tx. 77583

Dallas County District Clerks Office
Frank Crowley Courts BLDG.
133 N. Riverfront BLVD., LB 13
Dallas, Tx. 75207-4313

